**Elaina Marie SANSONE (Formerly Elaina Marie Fulton), Respondent,**

v.

**William HUDNALL, Appellant.**

**No. WD 76238.**

Missouri Court of Appeals,
Western District.

April 8, 2014.

Robert P. Smith, Kansas City, MO, for appellant.

William J. Hudnall, Kansas City, MO, Pro se Appellant, for respondent.

Before Division One: ALOK AHUJA, P.J., and THOMAS H. NEWTON and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM:

William Hudnall appeals a judgment entered by the Circuit Court of Platte County, which addressed his claim for an attorney's lien in connection with a dissolution proceeding. Hudnall contends that the circuit court erred: by failing to reduce his lien to a final judgment for a sum certain; by requiring that the payments by the

judgment debtor to which his lien attaches be made jointly to Hudnall and his former client, Elaina Sansone (formerly Elaina Fulton); and by not awarding Hudnall pre-judgment interest. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).